UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KIRK SCHULTZ,                    )
                                 )
        Plaintiff,[3]            )
                                 )
v.                               )   Civil Action No. 18-0187 (UNA)
                                 )
HEALTH AND HUMAN SERVICES, *et al.*, )
                                 )
        Defendants.              )
                                 )

## MEMORANDUM OPINION

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

---

[3] The Court considers Kirk Schultz to be the sole plaintiff. It does not appear that plaintiff is an attorney, and therefore he is not qualified to represent others. 28 U.S.C. § 1654; *see Georgiades v. Martin-Trigona*, 729 F.2d 831, 834 (D.C. Cir. 1984).

Defendants, among which are federal government agencies, insurance companies, medical doctors, restaurants and a hotel, allegedly have entered into a conspiracy, the purpose of which is unclear. This complaint fails to include a short and plain statement showing that plaintiff is entitled to the relief he demands, and defendants could not be expected to prepare an adequate response to the complaint in its current form. Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint without prejudice because it fails to meet the minimal pleading standard set forth in Rule 8(a). An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/28/18

_____
United States District Judge