UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 2 8 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

KIRK SCHULTZ,

    Plaintiff,

v.

HEALTH AND HUMAN SERVICES, *et al.*,

    Defendants.

Civil Action No. 18-0187 (UNA)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 2/28/18

United States District Judge